

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2022

No. 04-22-00051-CV

**IN THE INTEREST OF B. A.S., B.J.S., CHILDREN**

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 19-09-00242-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed a notice of appeal on November 4, 2021. Therefore, in this accelerated appeal, the reporter's record was due on or before November 15, 2021. TEX. R. APP. P. 35.1(b).

The Texas Rules of Civil Procedure require the trial court clerk to "immediately send a copy of the notice of appeal to the appellate court clerk." TEX. R. APP. P. 25.1(f). However, this court did not receive a copy of the notice of appeal until January 25, 2022. Upon receiving a copy of the notice of appeal, this court endeavored to identify the court reporter for the proceeding.

On February 1, 2022, court reporter Patricia A. Gaddis filed a notification of late record. The notice reflects transcription of the record is complete, but Ms. Gaddis is waiting on exhibits. Ms. Gaddis anticipates the record will be completed with exhibits by February 7, 2022. Ms. Gaddis is ORDERED to file the reporter's record **no later than February 7, 2022**. *Given the time constraints governing the disposition of this appeal, further requests for extensions of time will not be granted absent extraordinary circumstances.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2022.



Michael A. Cruz,
Clerk of Court